IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY CARL HUERTA,

    Petitioner,          No. CIV S-08-0075 WBS EFB P

    vs.

KEN CLARK, et al.,

    Respondents.          <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's April 17, 2009 request is granted and respondent has until June 9, 2009 to file and serve a responsive pleading.

Dated: April 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE